AUSA: Andrew I. Lief

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MALIK GRIFFITH,

Defendant.

26 MAG 3232

**SEALED COMPLAINT**

Violation of 18 U.S.C. § 1791

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

Asim Hicks, being duly sworn, deposes and says that he is a Deputy United States Marshal of the United States Marshals Service ("USMS"), and charges as follows:

**COUNT ONE**
**(Possession of Contraband in Prison)**

1. On or about June 12, 2026, in the Southern District of New York and elsewhere, MALIK GRIFFITH, the defendant, being an inmate of a prison, made, possessed, obtained, or attempted to make or obtain, a prohibited object, to wit, GRIFFITH, a federal inmate in the custody of the USMS, possessed cocaine, a narcotic drug, in the USMS cellblock of the Daniel Patrick Moynihan United States Courthouse (the "Facility"), in Manhattan, New York.

(Title 18, United States Code, Section 1791(a)(2), (b)(1), and (d)(1)(C).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Deputy United States Marshal and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in this investigation, my conversations with other law enforcement officers, and my examination of reports, records, and video surveillance. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

**The Facility**

3. Based on my involvement in this investigation, my conversations with other law enforcement officers, and my review of reports and records, I know, among other things, the following:

a. The USMS is a federal law enforcement agency within the United States Department of Justice. Among other things, the USMS is responsible for the care, custody, and

transportation of federal inmates from the time of their remand by a judge until they either are acquitted, committed to their designated Federal Bureau of Prisons ("BOP") institution following a conviction, or otherwise ordered released from USMS custody.

b. The USMS does not own detention facilities; rather, the USMS houses its inmates at either state or local government facilities, federal courthouses, BOP facilities, or private detention facilities.

c. In New York City, the USMS houses detainees at several locations, including the Facility, which is a federal courthouse in Manhattan. The Facility functions as a temporary holding center in support of daily court proceedings. Individuals in custody are transported to the Facility from correctional institutions and local detention centers for scheduled court appearances and are returned to their originating intuitions upon the completion of their court proceedings.

**GRIFFITH Smuggles Contraband into the Facility**

4. Based on my participation in this investigation, conversations with other law enforcement officers, and my review of federal and state court records, I have learned, among other things, the following:

a. On or about March 31, 2026, MALIK GRIFFITH, the defendant, pleaded guilty in this District to aiding and abetting the possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(i). After his guilty plea, GRIFFITH was remanded to the custody of the USMS pending sentencing and detained at the Metropolitan Detention Center ("MDC") in Brooklyn, New York.

b. On or about May 26, 2026, while GRIFFITH was detained in federal custody, a Justice of the Supreme Court of the State of New York signed a writ of habeas corpus ad prosequendum (the "Writ") ordering GRIFFITH's transfer from the custody of the USMS to members of the Bronx District Attorney's Office, Detective Investigator Squad and/or members of the New York City Police Department ("NYPD") (together, the "State Authorities"), to transport GRIFFITH to state court appearances in a criminal proceeding against him in Bronx County Supreme Court.

c. On or about June 12, 2026, State Authorities temporarily took custody of GRIFFITH at the Facility pursuant to the Writ after USMS personnel transported GRIFFITH from the MDC to the Facility.

d. On or about June 12, 2026, at approximately 12:45 p.m., State Authorities returned GRIFFITH to USMS custody at the Facility, pursuant to the Writ.

e. Upon entering the Facility, a Deputy United States Marshal ("DUSM-1") conducted a routine security pat-down and inspection of GRIFFITH. DUSM-1 first patted down the left side of GRIFFITH's body and then the right, beginning at his shoulders and proceeding downward to his feet.

f. During the search of GRIFFITH's right foot, DUSM-1 frisked GRIFFITH's sock, causing a clear plastic wrapper containing a white powdery substance—later determined to be cocaine—to fall from on top of his sock to the floor. When asked about the content of the wrapper, GRIFFITH repeatedly denied that the contraband was his. Images of the plastic wrapper concealed in GRIFFITH's sock and its contents, specifically the white powdery substance, are shown below (**Image-1** and **Image-2**).




**Image-1**




**Image-2**

5. As part of this investigation, I have reviewed a report from the NYPD Police Laboratory, which conducted an analysis of the white powdery substance inside the wrapper and concluded that it contained approximately 0.12 grams of cocaine, which I know from my training and experience to be a narcotic drug prohibited in the Facility.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of MALIK GRIFFITH, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

Asim Hicks (by VF with permission)

Asim Hicks
Deputy United States Marshal
United States Marshal Service

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 10 day of August, 2026.

THE HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK