USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff(s),

-against-

Malik Griffith

Defendant(s).

26-CR-440 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The arraignment and initial conference in this matter is scheduled for Tuesday, September 29, 2026, at 12:00 p.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: September 25, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge