**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2026

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Malik Griffith*, 26 Cr. 440 (MMG)**

Dear Judge Garnett:

The Government respectfully requests, with the consent of the defense, that the Court order the following pretrial schedule in advance of the trial scheduled to begin on November 2, 2026:

- Government's expert disclosures due October 13, 2026, unless the parties agree to a stipulation regarding drug testing.
- Motions in limine, requests to charge, voire dire, and pretrial motions due October 16, 2026.
- Oppositions to motions in limine and pretrial motions due October 23, 2026.
- Marked Exhibits and 3500 material due October 26, 2026.
- Final pretrial conference on October 29, 2026 or October 30, 2026, subject to the Court's availability

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Corey F. Baron

Corey F. Baron
Assistant United States Attorney
Southern District of New York
(212) 637-2515
Corey.Baron@usdoj.gov

cc (by ECF): Neil Peter Kelly, Esq., Counsel for Defendant Malik Griffith