USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff(s),

-against-

Malik Griffith

Defendant(s).

26-CR-440 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The change of plea hearing in this matter is scheduled for Friday, October 16, 2026, at 2:00 p.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: October 14, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge